# EXHIBIT A

Docusign Envelope ID: DE398D8A-7B05-40F7-8248-8E6BEEB878B7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| MAYOR & CITY COUNCIL OF BALTIMORE,<br><br>Plaintiff,<br><br>v.<br><br>MONEYLION TECHNOLOGIES INC.,<br><br>Defendant. | Case No.<br><br>Removed from the Circuit Court for Baltimore City, Maryland<br>Case No. C-24-CV-25-008340 |

## DECLARATION OF MANUEL F. GOMEZ

I, **MANUEL F. GOMEZ**, declare:

1. I, Manuel F. Gomez, am over the age of eighteen, have personal knowledge of the facts set forth herein, and am otherwise competent to testify.

2. I am currently employed by Gen Digital Inc. as an Associate General Counsel. Before Gen Digital's acquisition of MoneyLion Technologies Inc. in April 2025, I was employed by MoneyLion in the same capacity since February 2024.

3. MoneyLion is a financial technology company incorporated in Delaware and headquartered in New York.

4. MoneyLion offers an earned-wage-access ("EWA") product, called Instacash, that allows customers to obtain early access to wages that they have already earned, without interest, credit checks, or any obligation to repay.

5. MoneyLion maintains account and transaction records in the ordinary course of its business. I have access to these records, and I am fully familiar with the manner in which these records are created.

1

Docusign Envelope ID: DE398D8A-7B05-40F7-8248-8E6BEEB878B7

6. MoneyLion has operated in Baltimore for more than 75 days.

7. MoneyLion has thousands of customers in Baltimore.

8. In the last year, MoneyLion has issued Instacash advances to Baltimore consumers more than 75 times, and has advanced over $75,000 in earned wages to customers in Baltimore.

9. In the last year, MoneyLion has collected Turbo fees from Baltimore consumers more than 75 times, and has received more than $75,000 in Turbo fees from customers in Baltimore.

**I declare under 28 U.S.C. § 1746 and under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: November 10, 2025

Signed by:
*Manuel F. Gomez*
FD62B3204CD4467...

Manuel F. Gomez
MoneyLion Technologies Inc.