# EXHIBIT C

**IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**

| |
|---|
| MAYOR & CITY COUNCIL OF BALTIMORE, |
| Plaintiff, |
| v. |
| MONEYLION TECHNOLOGIES INC., |
| Defendant. |

Case No. C-24-CV-25-008340

<u>**NOTICE OF FILING OF REMOVAL**</u>

**PLEASE TAKE NOTE THAT**, on November 10, 2025, Defendant MoneyLion Technologies Inc. ("MoneyLion"), by undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, filed its Notice of Removal in the United States District Court for the District of Maryland, Northern Division.  A copy of MoneyLion's Notice of Removal, without exhibits, is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to 28 U.S.C. § 1446, the filing of the Notice of Removal with the United States District Court, together with the filing of this Notice of Filing of Removal, shall effect the removal of the action and this Court shall proceed no further unless and until the case has been remanded.

*[Signature follows on the next page]*

Dated:  November 10, 2025

Respectfully submitted,

_/s/ Melissa O. Martinez_
Melissa O. Martinez (No. 0812170247)
**MCGUIREWOODS LLP**
500 East Pratt Street
Suite 1000
Baltimore, MD 21202
410-659-4432
410-659-4482 (Fax)
mmartinez@mcguirewoods.com

*Counsel for Defendant*
*MoneyLion Technologies Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 10, 2025, a copy of the foregoing ***Notice of Filing***

***Notice of Removal*** was electronically filed and served via the MDEC system on all counsel of

record.

 

 

*/s/ Melissa O. Martinez*
Melissa O. Martinez