**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

MAYOR & CITY COUNCIL OF BALTIMORE,

Plaintiff,

v.

MONEYLION TECHNOLOGIES INC.,

Defendant.

Case No. 1:25-cv-03692-SAG

# ORDER

UPON CONSIDERATION of the Parties' Joint Status Report filed June 16, 2026, proposing a briefing schedule for MoneyLion's forthcoming Motion to Dismiss, it is this 12th day of June, 2026, hereby:

**ORDERED**, that the following briefing schedule shall govern the proceedings in the above-captioned case:

| **Event** | **Deadline** |
|---|---|
| Defendant's Motion to Dismiss | July 21, 2026 |
| Plaintiff's Opposition to Motion to Dismiss | August 18, 2026 |
| Defendant's Reply in Support of Motion to Dismiss | September 8, 2026 |

/s/
Hon. Stephanie A. Gallagher
United States District Judge